# United States District Court
## Eastern District of California

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL COMPLAINT** |
| V. | |
| **WILLIAM JOSHUA SMITH** | **DOCKET NUMBER:** |

I, legal intern Sean Rosenberg, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. In Yosemite National Park, in the Eastern District of California, William Joshua SMITH, did violate:

**Count 1:** Possession of a controlled substance (marijuana), in violation of Title 36 Code of Federal Regulations § 2.35(b)(2)
**Maximum penalty: 6 months imprisonment and/or $5,000 fine**

**Count 2:** Possession of a controlled substance (cocaine), in violation of Title 36 Code of Federal Regulations § 2.35(b)(2)
**Maximum penalty: 6 months imprisonment and/or $5,000 fine**

**Count 3:** Possession of a controlled substance (methamphetamine), in violation of Title 36 Code of Federal Regulations § 2.35(b)(2)
**Maximum penalty: 6 months imprisonment and/or $5,000 fine**

**Count 4:** Carrying or storing an open bottle of alcohol within a motor vehicle in a park area, in violation of Title 36 Code of Federal Regulations § 4.14(b)
**Maximum penalty: 6 months imprisonment and/or $5,000 fine**

**Count 5:** Camping outside of a designated site or area, in violation of Title 36 Code of Federal Regulations § 2.10(b)(10)
**Maximum penalty: 6 months imprisonment and/or $5,000 fine**

**Count 6:** Expired vehicle registration, in violation of Title 36 Code of Federal Regulations § 4.2(b), incorporating California Vehicle Code § 4000(a)
**Maximum penalty: 6 months imprisonment and/or $5,000 fine**

I further state that I am a legal intern and that this complaint is based on the following facts and information supplied to me by National Park Service Law Enforcement Rangers.

Speedy Trial Act Applies: No

U.S. v. William Joshua Smith
Criminal Complaint

On April 20, 2016, at approximately 2200 hours, Ranger Doug Kraus and Ranger Tom Healy were patrolling the Wilderness Parking Lot. They observed two individuals in the front seats of a vehicle with the seats fully reclined. There were no lights on in the vehicle.

When rangers shined the spotlight and activated their emergency lights, the driver started the vehicle. Ranger Healy stopped the vehicle from leaving. Ranger Healy contacted the driver, identified as William Joshua SMITH, and the passenger and informed them that they could not sleep in the parking lot. Ranger Healy and Ranger Kraus immediately observed marijuana cigarettes in the center console as well as on SMITH's leg. Ranger Healy detected the odor of marijuana emanating from the vehicle.

The rangers had both individuals exit the vehicle. Ranger Kraus conducted a search of the vehicle. Ranger Kraus found marijuana in the center console in an ornate brown box, in a green, plastic container wedged between the passenger seat and the center console, and in a backpack located in the rear seat behind the driver. Ranger Kraus also found drugs, later identified as methamphetamine and cocaine, in the center console of the vehicle. Ranger Kraus discovered two open containers of alcohol in the vehicle. They both were glass bottles labeled as containing alcohol, one was empty and the other was partially full. Ranger Kraus discovered a small scale and tiny, clear plastic bags of the type commonly used for packaging drugs in the center console of the vehicle. SMITH was placed under arrest and transported to the Yosemite Holding Facility.

The drugs were tested and weighed at the Yosemite Holding Facility. The total amount of marijuana was determined to be 13.0 grams; the total amount of methamphetamine was 4.0 grams; and the total amount of cocaine was 6.8 grams. Checks of SMITH's vehicle through the California Law Enforcement Telecommunications System showed that the vehicle's registration expired in January of 2016.

I declare under penalty of perjury the information which I have set forth above and on the face of this criminal complaint is true to the best of my knowledge.

6/16/2016
Date

Sean Rosenberg
Legal Intern
Yosemite National Park, CA

Sworn to before me and subscribed in my presence in Yosemite National Park, California.

6/16/16
Date

Honorable Michael J. Seng
U. S. Magistrate Judge
Eastern District of California

Speedy Trial Act Applies: **No**

U.S. v. William Joshua Smith
Criminal Complaint